## FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1)  MICHAEL MELENDEZ  (#FS-3145)                    :

(Name of Plaintiff)        (Inmate Number)            :

SCI Coal Twp., 1 Kelley Dr.,                          :
Coal Township, PA 17866-1021                          :

(Address)                                             :
                                                      :
(2)_____                 :               1:17cv2239
(Name of Plaintiff)        (Inmate Number)            :             _____
                                                      :               (Case Number)
                                                      :
_____                     :
(Address)                                             :
                                                      :
(Each named party must be numbered,                   :
and all names must be printed or typed)               :
                                                      :
                                                      :
                vs.                                   :               CIVIL  COMPLAINT
                                                      :
(1)  THOMAS S. McGINLEY, Warden; and,                 :
                                                      :
(2)  THOMAS WILLIAMS, UNIT MANAGER.                   :                    FILED
                                                      :                 SCRANTON
(3)_____                  :
(Names of Defendants)                                 :               DEC - 6 2017
                                                      :
(Each named party must be numbered,                   :               PER_____
and all names must be printed or typed)               :                   DEPUTY CLERK

TO BE FILED UNDER:  XX   42 U.S.C. § 1983 - STATE OFFICIALS

_____   28 U.S.C. § 1331 - FEDERAL OFFICIALS

## I.   PREVIOUS LAWSUITS

A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

I have not filed any other lawsuits. _____

_____

_____

_____

1

## II.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.   Is there a prisoner grievance procedure available at your present institution? XXX Yes ____No

B.   Have you fully exhausted your available administrative remedies regarding each of your present claims? XXX Yes ____No

C.   If your answer to "B" is Yes:

1.   What steps did you take? Informed staff that I wanted to file complaint under PREA.  There is no grievance procedure for PREA.

2.   What was the result? Staff took information, but refused to file under PREA, alleging no violation occurred.  I disagree.

D.   If your answer to "B" is No, explain why not: This does not apply.

## III.   DEFENDANTS

(1) Name of first defendant:  Thomsass S. McGinley

Employed as Warden at SCI Coal Township
Mailing address: 1 Kelley Drive, Coal Township, PA 17866-1021.

(2) Name of second defendant: Thomas Williams
Employed as JA Unit Manager at SCI Coal Township
Mailing address: 1 Kelley Drive, Coal Township, PA 17866-1021.

(3) Name of third defendant: _____
Employed as _____ at _____
Mailing address: _____

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including dates and places.  Do not give any legal arguments or cite any cases or statutes.  Attach no more than three extra sheets if necessary.)

1.   On 11/27/2017, while working in prison housing unit laundry, at apprx. 10:00 AM at officer's station, I was sexually harassed by Williams, who is a gay-homo shower stalker.

2.   Specifically, Williams asked me about some inmate's missing underwear, to which I did state "I don't have them.  All my underwear have shit-

2

Case 1:17-cv-02239-JEJ-MP   Document 1   Filed 12/06/17   Page 3 of 5

stains on them."  I then did turn my back on Williams, pull my pants down, and showed him.  Without further word, Williams then looked away.

I then said, "What, you don't believe me," pulled my underwear down, and spread my butt-cheeks, and showed him my asshole.  Williams then just walked away to his office without further words about missing underwear.

3.  I complained to prison supervisors telling them what happened, and that I wanted to file under PREA.  The supervisors stated that it was not a PREA violation and I was lucky I didn't get a misconduct report.

4.  Williams sexually harassed me, forcing me to show him my asshole for his gay-homo sex fantasies.  I want him fired and I want money.

5.  As result, I am emotionally and mentally disturbed, and had to pay $20 to another jailhouse informant to assist me in this complaint.

## V.  RELIEF

(State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.)

1.  Seek Williams and all other homo's termination of employment and to prohibit his rehire in the DOC; plus, damages, costs and attorney fees.

2.

3.

3

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____1st_____ day of ___December_____, 20_17_.

_____
(Signature of Plaintiff)
Michael Melendez (#FS-3145)
SCI Coal Township
1 Kelley Drive
Coal Township, PA 17866-1021

4

Name   MICHAEL MELENDEZ

Number   FS-3145

1 Kelley Drive
Coal Township, PA 17866-1021

**RECEIVED**
**SCRANTON**

DEC 0 6 2017

PER _____

DEPUTY CLERK

#1 Of 2.

Doc. #1.

**INMATE MAIL**
**PA DEPT OF**
**CORRECTIONS**

US POSTAGE >> PITNEY BOWES

ZIP 17866   $ 000.46⁰
02 4W
0000341996 DEC 04 2017

Office Of The Clerk
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PA
W.J. Nealon Fed.Bldg. & US Courthouse
235 N. Washington Ave.; P.O. Box 1148
Scranton, PA 18501-1148

185013114B 8099