Mr. Peter J. Welch, Acting Clerk of Court
United States District Court, Middle District of PA
235 North Washington St., P.O. Box 1148
Scranton, PA 18501-1148

**FILED
SCRANTON**

DEC 1 8 2017

PER _____
DEPUTY CLERK

12 December 2017

RE: 1:17-CV-2236
    1:17-CV-2239

Dear Mr Welch:

This letter is in reference to the above mentioned cases. We received notice of this civil case on December 11, 2017. We have absolutely no knowledge nor have we taken any action whatsoever against SCI Coal Township Superintendent Thomas McGinley.

This civil case is entirely fabricated and completely frivolous. Our names have been used without our permission toward this ridiculous action. The prison Security Office has been notified of this situation. Any further correspondence relating to this matter should be forwarded to their office at Fax # 570-644-4890.

Thank you very much for your consideration concerning this matter and regret any inconvenience this has caused your office.

Respectfully,

Lance Greenawalt
CV-2236

Michael Melendez
CV-2239

cc. File
    Superintendent McGinley
    Security Office
    J Block Unit Manager Thomas Williams

Llance Greenawalt, JP0350
1 Kelley Drive
Coal Township, PA 17866-1021

HARRISBURG PA 171

13 DEC 2017 PM 4 ｛ ｜

Barn Swallow

"Inmate Mail  ｒＡＤＥＰｔ ｏｆ ｃｏｒｒｅｃｔｉｏｎＳ"

**Office of the Clerk**
United States District Court
Middle District of Pennsylvania
235 North Washington Ave., P.O. Box 1148
Scranton, PA 18501-1148
Attn: Mr. Peter J. Welch, Acting Clerk

RECEIVED
SCRANTON

DEC 1 8 2017

PER: _____ DEPUTY CLERK